THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG LEWIS, Appellant.

Submitted February 22, 2005; decided March 24, 2005

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORBY NORCOTT, Appellant.

Submitted March 7, 2005; decided March 24, 2005

Motion for assignment of counsel granted and Laura Johnson, Esq., Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.